STATE OF NEW JERSEY v. HARRY NICKS.

May 26, 1982.

Petition for certification denied.

JOHN J. DEGNAN, ATTORNEY GENERAL OF NEW JERSEY
v. JOSEPH BATELLI.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL REID.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL S. SUYDAM.

May 26, 1982.

Petition for certification denied.